UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 13-393 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| MONTEIL GRACE, | ) |
| | ) |
| Defendant. | ) |

<u>Offense charged</u>:    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    August 20, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant was not interviewed by Pretrial Services.  He does not contest

DETENTION ORDER
PAGE -1

detention.

2. Defendant was on federal supervision in Case No. CR10-281 MJP at the time of the instant alleged offense. He is alleged to have violated supervised release in that case, and an evidentiary hearing is pending before Judge Pechman. Defendant's criminal record includes bench warrant activity and failure to appear for hearing.

3. Defendant poses a risk of nonappearance due to previous violations of supervision, pending alleged violations of supervised release, and lack of either employment or stable residential history. He poses a risk of danger due to criminal history, noncompliance, prior bench warrant activity, and the nature and circumstances of the instant offense.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 20th day of August, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3